UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

VICKIE J. CRANE,

                Plaintiff,

    v.

DHAMI TRUCKING LLC, et al.,

                Defendant.

No. CV05-531-PK

OPINION AND ORDER

**MOSMAN, J.,**

On November 18, 2005, Magistrate Judge Papak issued Findings and Recommendation ("F&R") (docket #23) in the above-captioned case recommending defendants' motion for summary judgment (#9) be granted. No objections were filed.

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The district court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. Where objections have been made, I conduct a *de novo* review. 28 U.S.C. § 636(b)(1)(C). However, I am not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are made. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Upon review, I agree with Judge Papak's recommendation to GRANT defendants' motion for summary judgment, and I ADOPT the F&R as my own opinion.

IT IS SO ORDERED.

DATED this  23rd   day of January, 2006.

                                         /s/ Michael W. Mosman
                                         MICHAEL W. MOSMAN
                                         United States District Court